# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Adrian Madison, | Case No.: CV-13-01058-PHX-ROS |
| Plaintiff, | **ORDER** |
| vs. | |
| R.M. Galicia, Inc. a/k/a Progressive Management Systems; and DOES 1-10, inclusive, | |
| Defendants. | |

Pursuant to the Stipulation for Dismissal with Prejudice (**Doc. 12**), and for good cause shown,

**IT IS ORDERED** this case is dismissed with prejudice, the parties to bear their own attorneys' fees and costs.

Dated this 25th day of September, 2013.

Roslyn O. Silver
Senior United States District Judge